William D. DELOACH, Petitioner,

v.

DEPARTMENT OF the AIR FORCE, Respondent.

No. 2009–3072.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2009.

Robert E. Bergman, Law Office of Robert E. Bergman, of Warner Robins, GA, argued for petitioner.

John J. Todor, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director.

SCHALL, PLAGER and MOORE, Circuit Judges.

#### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.